FILED

APR 30 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C § 1983**

Name  Johnson                    Joseph                    J
       (Last)                    (First)                   (Initial)

Prisoner Number  P-77735

Institutional Address  Kern Valley State Prison; 3000 West Cecil Ave; Po Box 6000, Delano, Cal
93216-6000

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Joseph Jamul Johnson
(Enter the full name of plaintiff in this action.)

vs.

Lieutenant A. Meyer

CCII A. Meden

CCII J. Martines

Tammy Foss ("Warden")
(Enter the full name of the defendant(s) in this action)

CV 19 - 2345  SK

Case No.
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

(PR)

"Demand For Jury Trail"

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go
forward.  The court will dismiss any unexhausted claims.]

A.    Place of present confinement  Kern Valley State Prison

B.    Is there a grievance procedure in this institution?

        YES (✓)      NO ( )

C.    Did you present the facts in your complaint for review through the grievance
procedure?

        YES (✓)      NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the
appeal at each level of review.  If you did not pursue a certain level of appeal,
explain why.

1. Informal appeal  SVSP-18-04390

2. First formal level  By Passed

3. Second formal level  Accepted; Partially Granted

4. Third formal level  TLR: 1813196; Appeal Denied SVSP-18-04390

E.  Is the last level to which you appealed the highest level of appeal available to you?

        YES (✓)      NO ( )

F.  If you did not present your claim for review through the grievance procedure, explain why.

II.  Parties.

A.  Write your name and your present address.  Do the same for additional plaintiffs, if any.

Joseph Johnson - 3000 West Cecil Ave; P.O. Box. 6000, Delano, Cal, 90802

B.  Write the full name of each defendant, his or her official position, and his or her place of employment.

Sergeant. J Cermeno; Sergeant A. Ayarzabal; Correctional Officer M. Matias; correctional officer

COMPLAINT                    - 2 -

1 | perez; Correctional officer R. Sagado; Tammy Foss (Warden) "(SVSP)"

2

3

4

5 **III.    Statement of Claim.**

6 State here as briefly as possible the facts of your case.  Be sure to describe how each

7 defendant is involved and to include dates, when possible.  Do not give any legal arguments or

8 cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a

9 separate numbered paragraph.

10 | Salinas Valley State Prison officials Housed me on Facility "c" where an enemy was housed, During

11 | orientation Building 1 officers opened my cell door and forced me to attend yard at which point during "Yard Recall"

12 | I was attacked and Beaten By 4 inmates, obtaining facial Bone Fractures of right Jaw; cheek Bone; Tample to

13 | Jaw; Broken nose.; Broken Elbow; while 14 officers Stood By and watched without intervening" I was then shot

14 | in the face; giving me a cranium fracture, 3cm Vertical Deep laceration on the left side of my head by

15 | the c Yard gun tower. I was the only one shot! Even though I am a victim already this act is reprisal

16 | was due to an previous civil suit case number#: 2:12-cv-02922-AC-united States District Court -

17 | Eastern District". CdCR Refuses to relinquish 837 incident report, which identifies all other defendants 16

18 | in total."

19

20

21

22

23 **IV.    Relief.**

24 Your complaint cannot go forward unless you request specific relief.  State briefly exactly

25 what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

26 | Wherefore, plaintiff respectfully prays that this court: Order Defendants to pay compensatory Damages

27 | of #300,000; ② order Defendants to pay punitive Damages of #100,000 each defendant Jointly and

28 | severally; ③ order defendants to pay attorney fees and court costs, ④ grant any other Just and

COMPLAINT                                    - 3 -

1  equitable relief that this honorable court deems necessary.

2

3

4

5      I declare under penalty of perjury that the foregoing is true and correct.

6

7      Signed this _____22ⁿᵈ_____ day of _____April_____, 20_19_

8

9                              Johnson Joseph

10                                 (Plaintiff's signature)

11

12      ☑ ___Consent to Magistrate Judge Jurisdiction___

13  In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a

14  united states magistrate Judge conduct all further proceedings in this case, including trial and

15  entry of final Judgment.

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                    - 4 -

*2ND Request Sent*
*To Trust Office*

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| JOHNSON | JOE | P77735 | Johnson Joe |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM 800 TO 1100 | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A2/124 | YARD CREW #013 | | CERTIFIED TRUST STATEMENT |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I Sent A Request on 3/16/19 To obtain A Certified Trust Statement along with Prisoner's Application To Proceed In Forma Pauper's Please Process my Request! This is The (2ND) Second Request Sent To The Trust Office.

Thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☑ SENT THROUGH MAIL:  ADDRESSED TO:  TRUST OFFICE          DATE MAILED: 4/21/19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: Maldonado | DATE: 4/5/19 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  BY US MAIL |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.