United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMAUL JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>J. CERMENO, et al.,<br><br>   Defendants. | Case No. 19-cv-02345-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 29 |

Defendants have filed an *ex parte* request for an extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney William Buranich, the court GRANTS the request. Docket No. 29. The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **November 27, 2020**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **January 8, 2021**. Defendants must file and serve their reply brief (if any) no later than **January 29, 2021.**

Plaintiff has sent to the court a letter complaining about prison conditions at a prison in Delano, unrelated to the events and omissions at Salinas Valley State Prison which are the subject of the complaint in this action. Docket No. 29. If plaintiff wishes to complain about the conditions at the prison in Delano, he may file a new civil rights action, but should file his complaint in the U.S. District Court for the Eastern District of California because that is the proper venue for a complaint about conditions at the prison in Delano, California.

**IT IS SO ORDERED**.

Dated: September 2, 2020

_____
SUSAN ILLSTON
United States District Judge