UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMAUL JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>J. CERMENO, et al.,<br><br>        Defendants. | Case No. 19-cv-02345-SI (pr)<br><br>**ORDER EXTENDING DEADLINES; AND RESPONDING TO DEFENDANTS' REQUEST FOR CLARIFICATION**<br><br>Re: Dkt. Nos. 47, 48 |

Defendants have filed a request for an extension of the deadline to file a further dispositive motion on the failure-to-protect claims. Upon due consideration of the request and the accompanying declaration of attorney William P. Buranich, the court GRANTS the request. Docket No. 48. The court now sets the following new briefing schedule: Defendants must file and serve their motion for summary judgment no later than **September 3, 2021**. Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment no later than **October 1, 2021**. Defendants must file and serve their reply brief no later than **October 15, 2021**.

Defendants also seek clarification of a portion of the court's Order Granting In Part and Denying In Part Motion for Summary Judgment. Docket No. 47. Specifically, Defendants note that on page 17, lines 24-27, the court ordered as follows: "[D]efendants must file and serve a copy of Incident Log # SVSP-FCY-18-07-0668." *Id.* at 1 (quoting Docket No. 43 at 17). Defendants seek clarification of "whether the Court intended that Defendants file the incident report identified in that order on the Court's public docket." *Id.* The answer is no. Defendants do not need to file the incident report on the court's docket, but they only need to provide a copy to Plaintiff. Defendants state they have already provided Plaintiff with a copy of the incident report. *See id.* at 1.

**IT IS SO ORDERED**.

Dated: August 4, 2021

_____
SUSAN ILLSTON
United States District Judge