UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH JAMAUL JOHNSON,

Plaintiff,

v.

J. CERMENO, et al.,

Defendants.

Case No.  19-cv-02345-SI (pr)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Remaining Defendants' Motion for Summary Judgment on Failure-To-Protect Claims; and Addressing Other Pending Motions,

IT IS ORDERED AND ADJUDGED

That pursuant to the Court's aforementioned order dated today, judgment is hereby entered in favor of the remaining defendants (Cermeno, Oyarzabal, Perez, Matias, and Salgado) against whom Johnson alleged his failure-to-protect claims, and against Johnson.

That pursuant to the Court's order dated June 8, 2021, judgment is hereby entered in favor of Sawyer and Villanueva against whom Johnson alleged his medical-care claim, and against Johnson.

And that each party bear its own costs of action.

**IT IS SO ORDERED**.

Dated: July 4, 2022

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California