**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

JUN 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH JAMAUL JOHNSON, Plaintiff - Appellant, v. A. MEYER, Lt.; et al., Defendants - Appellees. | No. 22-16160 <br><br> D.C. No. 3:19-cv-02345-SI <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

A review of the docket demonstrates that appellant has failed to file the opening brief in this case.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT